**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RUSLAN SARALIEV** | **CIVIL CASE NO. 1:26-CV-01076**<br>**SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 12] of the Magistrate Judge, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 1st day of September 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE